Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA HELM,** | ) Case No. 3:14-cv-00672-W-BGS |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 17th day of April, 2014.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

## PROOF OF SERVICE

Filed electronically on this 17th day of April, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 17th day of April, 2014, via the ECF system to:

Honorable Thomas J. Whelan
Judge of the United States District Court
Southern District of California

Thomas F. Landers
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego CA 92101

By: s/Todd M. Friedman
      Todd M. Friedman